■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. EPPOLITO, Appellant. (Appeal No. 2.) [4 NYS3d 568]— Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 26, 2012. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Eppolito* ([appeal No. 1] 126 AD3d 1536 [2015]). Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.